# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY FILSON, WARDEN; JAMES DZURENDA, DIRECTOR; THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS; AND THE STATE OF NEVADA,

Appellants,

vs.

DEANDRE T. HUDSON,

Respondent.

No. 73280

FILED

DEC 22 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants have filed a motion to voluntarily dismiss this appeal based on this court's recent decision in *Williams v. State, Department of Corrections*, 133 Nev., Adv. Op. 75, 402 P.3d 1260 (2017). Cause appearing, we grant the motion, NRAP 42(b), and

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc: Hon. Gary Fairman, District Judge
Attorney General/Carson City
Attorney General/Ely
Deandre T. Hudson
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-44237